HELBURN-THOMPSON COMPANY, Plaintiff, *v.* ALL AMERI-
    CAS MERCANTILE CORPORATION, Respondent.

NATIONAL PARK BANK OF NEW YORK, Appellant.

*Helburn-Thompson Co.* v. *All Americas Merc. Corpn.*, 180 App.
Div. 167, affirmed.

(Argued April 23, 1918; decided May 7, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 23, 1917, which reversed an
order of Special Term directing the receiver of the All
Americas Mercantile Corporation to deliver to the
National Park Bank certain merchandise, or at his
option, to pay to the said bank the amount of two drafts
which had been drawn for the price of said merchandise.
On December 23, 1916, the National Park Bank bought
from the All Americas Mercantile Corporation two
drafts on Eduardo Paats & Van Heuckelum of Buenos
Ayres for an aggregate of $2,961.43, payable ninety days
after date. Attached to these drafts were bills of lading
for three cases of leather. The proceeds of the drafts,
amounting to $2,872.60, were credited to the account
of the All Americas Mercantile Corporation and after-
wards drawn out by it. The drafts were accepted by
the drawees and thereupon the bills of lading were
delivered to the acceptors, who were also the consignees
of the leather. After receiving the leather, the con-
signees reshipped it to the All Americas Mercantile
Corporation on account of a previously existing indebted-
ness of the consignees to the All Americas Mercantile
Corporation. The leather is still in the possession of
the receiver. Upon maturity of the drafts they were
duly presented to the acceptors for payment, but were
not paid, and thereupon were duly protested for non-
payment. The Appellate Division held that after the
acceptance by the Buenos Ayres firm, the sole object of
the pledge was accomplished, and upon the surrender
of the bills of lading to this firm the bank lost all interest

in the specific goods pledged, and must be deemed to have been content to hold instead of a lien on specific goods, merely the personal liability of the acceptors for a liquidated amount as represented by the drafts.

*Louis F. Doyle* for appellant.

*Philip Goldfarb* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and MCLAUGHLIN, JJ.